# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

**DATE:**   September 27, 2004

| | |
|---|---|
| **JUDGE** | **REPORTER:** Shea Sloan |
| LEONARD DAVIS | **LAW CLERK:** John Love, Andrea Houston |

| | |
|---|---|
| **JUNE BELT, et al**<br><br>**vs.**<br><br>**EMCARE, INC, et al** | CIVIL ACTION NO: **6:03-CV-73**<br><br>**MOTION HEARING**<br>**(DKT #166)** |

| ATTORNEY(S) FOR PLAINTIFF(S) | ATTORNEY(S) FOR DEFENDANT(S) |
|---|---|
| James Jones<br>Rex Burch | Ann Marie Painter (EMCare & TX EM-1) |

On this day, came the parties by their attorneys and the following proceedings were had:

| **OPEN:** 10:10 am | **ADJOURN:**   10:56 am |
|---|---|

| TIME: | MINUTES: |
|---|---|
| 10:10 am | Case called.  Mr. Jones and Mr. Burch announced ready for plaintiffs.  Ms. Painter announced ready for Defendants EMCare & TX EM-1. |
| 10:11 am | Court addressed the parties on the cross motions for summary judgments. Parties will need approximately 20 minutes to present their oral arguments. |
| 10:11 am | Mr. Burch presented his oral argument on Defendant's Motion for Summary Judgment. |

**FILED - 9/27/2004**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**DAVID J MALAND, CLERK**

**DAVID J. MALAND, CLERK**

BY: *Rosa L. Ferguson*, Courtroom Deputy

CASE NO. 6:03-CV-73          DATE: September 27, 2004
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: |
|---|---|
| 10:34 am | Ms. Painter presented her oral argument on Defendant's Motion for Summary Judgment. |
| 10:51 am | Mr. Burch presented rebuttal argument. |
| 10:55 am | Court addressed the parties.  Motion is submitted and the court will try and have a ruling soon. |
| 10:56 am | There being nothing further, Court adjourned. |