**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **JUNE BELT, on behalf of herself and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CIVIL ACTION NO. 6:03-CV-73** |
| **(1) EmCare, Inc., and** | § | **JUDGE DAVIS** |
| **(2) Texas EM-I Medical Services, P.A.,** | § § | |
| **Defendants.** | § § § § | **(Wage & Hour)
(Collective Action)** |

**JOINT MOTION TO DISMISS**

Plaintiffs and Opt-Ins and Defendants, appearing through counsel of record, pursuant to the *Settlement Agreement and Release* entered between them (a copy of which is attached hereto and incorporated herein), hereby file this *Joint Motion to Dismiss* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims in the above-numbered cause, with costs to be born by the party incurring same.

The claims in the above-referenced matter have been resolved between the parties pursuant to the terms of the *Settlement Agreement and Release*. Accordingly, the parties desire that the Court dismiss all claims of all of the persons listed below with prejudice to the refiling of same. These persons are entitled to payment of sums in excess of 75% of all calculated overtime due, plus liquidated damages, for a full three year statute of limitations period pursuant to the terms of the *Settlement Agreement and Release*, checks for which will be hand-delivered to Plaintiffs' counsel no later than fifteen (15) calendar days following the Court signs the Order dismissing the claims of the Plaintiffs in this

- 2 -

Litigation and mailed to Plaintiffs no later than five (5) business days following

Plaintiffs' counsel's receipt of the checks:

| **Last Name** | **First Name** | | **Last Name** | **First Name** |
|---|---|---|---|---|
| Alexander | Gary | | Maiocco | Paul |
| Ambrosia | Victor | | McCarty | Rene |
| Ams | Margaret | | McCutcheon | Mary Ellen |
| Ankersheil | Charlotte | | McMillan | Sally |
| Appel | John | | McNicholas-Hendrix | Colleen |
| Austermehle | Paul | | Miles | Christopher |
| Bailey-Stultz | Marolda | | Miller | David |
| Belt | June | | Moody | Nancy |
| Berg | Patricia | | Moores | Kelly |
| Bledsoe | James | | Moreno | Bridget |
| Brazeau | Leo | | Morgan | Nancy |
| Carroll | Thomas Edward | | Mounce | Kevin |
| Christian | Donald | | Mounts | Wayne |
| Collodi | Sally | | Moylan | Lucille |
| Copley | Walter | | Nanney | Joseph |
| Crawford | Angela | | Naquin | Robert |
| Cunat | Lisa | | Nichols | Deborah |
| Derryberry | Haskell | | Niven | Marsha |
| Dillingham | Mark | | O'Brien | Patricia |
| Faber | Timothy | | Piskorowski | Vanessa |
| Faulkner | Linda | | Rowe | John |
| Freeman | Scott | | Russo | David |
| Gonter | Shawn | | Sady | Brian |
| Gosnell | Dana | | Sangiorgi | Susan |
| Grinde | Kathy | | Shiffert | Kent |
| Haddad | Vincent | | Smith | Daniel |
| Harris | Brian | | Smith | Jami |
| Haws | Steven | | Smith | Janese |
| Hearn | Christine | | Speers | Ingrid |
| Henry | Jason | | Splatt | Herman |
| Hughes | Richard | | Stallings | Mary |
| Janes | Laura | | Stauter | Thomas |
| Jones | David | | Taggart | Pamela |
| Keldahl | William | | Thierry | Mary |
| Krider | Wayne | | Torregosa | Marivic |
| Laugherty | Robert | | Watters | Jana |
| Madrigal | Victor | | Weagar | James |

- 3 -

The parties further desire that the Court dismiss all claims of all of the persons listed below with prejudice to the refiling of same. The records of Defendants indicate that these persons worked no overtime for which they were not properly paid within the appropriate Statute of Limitations; nor did these persons self-report unpaid overtime for the relevant time period to Plaintiffs' counsel:

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Ahmadazai | Arian | Pabody | Glenn |
| Ams | Margaret | Ptak | Rachel |
| Brown | Lee | Pysell | Timothy Allen |
| Caldwell | Benjamin | Roshelli | Marcy |
| Hayes | Robert | Senisch | Michael |
| Hill | Beverly | Summers | Thomas |
| Kramer | Angela | Sutherland | Mark |
| Migdon | Steven | Tapia | Vincent |
| Morgan | Edwin | Taylor-Thompson | Susan |
| Noon | Alan | Yager | Donald Howard |
| Oenick | Paul | | |

Dated: January 10, 2007

**GILLESPIE, ROZEN, WATSKY,
   MOTLEY & JONES, P.C.**
3402 Oak Grove Avenue, Suite 200
Dallas, Texas  75204
Telephone.:   (214) 720-2009
Telecopier:   (214) 720-2291

By:     /s/ James A. Jones
        James A. Jones
        State Bar No. 10908300

Richard J. (Rex) Burch
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
1000 Louisiana, Suite 1300
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

**BAKER & MCKENZIE, L.L.P.**

2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Phone: (214) 978-3000
Fax:    (214) 978-3099

By: /s/ Ann Marie Painter
        Ronald E. Manthey
        State Bar No. 12927400
        Ann Marie Painter
        State Bar No. 00784715

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUNE BELT, on behalf of herself and on behalf of all other similarly situated, | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 6:03-CV-73 |
| (1) EmCare, Inc., and (2) Texas EM-I Medical Services, P.A., | § § § § | JUDGE DAVIS |
| Defendants. | § § | |

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered into by and between June Belt ("Named Plaintiff"), on behalf of herself and as representative of all opt-in Plaintiffs, a list of whom is attached hereto as Attachment A (Belt and the opt-in Plaintiffs are collectively referred to herein as "Plaintiffs"), and EmCare, Inc., and Texas EM-I Medical Services, P.A. (hereinafter referred to collectively as "EmCare" or as "Defendants").

Plaintiffs are the Named Plaintiff and opt-ins in an action that is currently pending in the United States District Court for the Eastern District of Texas, Tyler Division, entitled or captioned Civil Action No. 6:03-CV-73, *June Belt, on behalf of herself and on behalf of all others similarly situated v. EmCare, Inc. and Texas EM-1 Medical Services, P.A.* ("the Litigation").

Plaintiffs and Defendants desire to settle fully and finally all differences between them related to the Litigation. In consideration of the promises that are contained in this Agreement and other good and valuable consideration, receipt of which is hereby acknowledged by Plaintiffs, it is agreed as follows:

-2-

1. This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or as an admission by the Company of any violation of the rights of Plaintiffs or any person, or any violation of any order, law, statute, duty, or contract whatsoever against Defendants or any person. Defendants specifically disclaim any liability to Plaintiffs or any other person for any alleged violation of the rights of Plaintiffs or any person, or for any alleged violation of any order, law, statute, duty, or contract on the part of Defendants, their employees or agents or related companies or their employees or agents.

2. Following receipt by Plaintiffs' counsel of a faxed or e-mailed copy of the signature page of this Agreement executed by Defendants, Plaintiffs' counsel will file with the Court in the Litigation a Joint Motion to Dismiss and a proposed Agreed Order of Dismissal in the form attached hereto as Attachment B.

3. In consideration of the Named Plaintiff's execution of this Agreement, Defendants will:

   a. Issue payments to the Named Plaintiff and Opt-Ins in the total amount of One Million and Fifty and 00/100Dollars ($1,050,000.00), in the amounts contained in the spreadsheet attached hereto as Attachment C. The Parties acknowledge that payments to the Plaintiffs as contained in Attachment C were calculated as follows: 1) The amounts utilized in Attachment C were based upon the time and payroll records of Defendants, where available, extrapolation for periods for which time and payroll records were not available, and self-reports by Plaintiffs to Plaintiffs' counsel; 2) For those Plaintiffs whose time and payroll records demonstrate no overtime due and who self-reported no overtime to Plaintiffs' counsel, no payments will be made -- Plaintiffs' counsel will send a letter to these Plaintiffs' last known address explaining that they are due no amounts under this Agreement. All other Plaintiffs shall receive their pro-rata share of the net settlement amount based upon the amount of overtime they

are owed as calculated by Plaintiffs' counsel in relation to the total amount owed to all remaining Plaintiffs. Payments will be made to Plaintiffs in two separate checks: 1) One check for fifty percent (50%) of the total amount paid to each Plaintiff as contained in Attachment C, which will be characterized as back wages, with taxes withheld as required by law; and 2) One check for fifty percent (50%) of the total amount paid to each Plaintiff as contained in Attachment C, which will be characterized as liquidated damages, from which no withholdings will be made. Checks will be mailed to each Plaintiff separately at the address contained in Attachment C. Plaintiffs' counsel will provide to Defendants for approval a letter to be included along with one of the checks to each Plaintiff explaining how the amounts were calculated. All such checks will be hand-delivered to Plaintiffs' counsel no later than fifteen (15) calendar days following the Court signs the Order dismissing the claims of the Plaintiffs in this Litigation. The checks will be mailed to Plaintiffs no later than five (5) business days following Plaintiffs' counsel's receipt of the checks. Should any checks be returned as undeliverable, Plaintiffs will so advise Defendants, and Defendants will promptly make one attempt to locate a current address for such Plaintiff by utilizing a social security number trace.

     b.    Issue payment to Plaintiffs' counsel in the amount of Six Hundred and Seventy-Five Thousand and 00/100 Dollars ($675,000.00) for attorney's fees and costs in the Litigation. This amount will be paid to Plaintiffs' counsel no later than fifteen (15) days following the date the Court signs the Order dismissing the claims of the Plaintiffs in this Litigation. The check will be made payable to Gillespie, Rozen, Watsky & Jones, P.C., and will be hand-delivered on the date due to:

James A. Jones
GILLESPIE, ROZEN, WATSKY & JONES, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204

4.  Plaintiffs agree that the foregoing payments shall constitute the entire amount of monetary consideration provided to them under this Agreement, that they are not entitled to any further monetary consideration whatsoever from the Defendants, and that they will not seek any further compensation or consideration for any other claimed damages, costs, or attorneys' fees in connection with the matters encompassed in this Agreement or the Litigation. Plaintiffs further agree that any and all sums or benefits paid or provided to any individual Plaintiff in consideration for this Release and Settlement will be forfeited and become immediately due and payable to the Defendants in the event any individual Plaintiff asserts any charge, claim, demand, grievance or cause of action, including any cause of action for indemnity and contribution or any third party action filed on behalf of such individual Plaintiff or by any third party to whom such Plaintiff may have conveyed, assigned or transferred any claim arising or resulting from or in any way related to any of the claims encompassed in this Agreement, or any action to set aside, invalidate or void this Agreement, except as a result of the Defendants' breach of this Agreement. Plaintiffs further agree that a breach of the covenant set forth in this paragraph will also entitle the Defendants and their successors and assigns to an action for additional damages against such individual Plaintiff, including, but not limited to, recovery of its costs, expenses, and attorneys' fees for investigation and defense of any action brought in breach of the covenant set forth in this paragraph. Recovery of the consideration paid and other damages shall not invalidate or nullify the other terms of this Agreement but shall be considered independent damages for any individual Plaintiff's breach of this Agreement.

5. Plaintiffs, for themselves, their heirs, executors, administrators, successors, and assigns, do fully and forever release and discharge Defendants, their parents, subsidiaries, divisions, and affiliates, related enterprises, successors, assigns, officers, agents, and employees ("Released Parties") from all actions, lawsuits, grievances, and claims of any nature that he or she may now have or later claims to have arising out of, on account of, or related in any manner to the claims asserted by the Plaintiffs against the Defendants in the Litigation. This release specifically includes all claims arising under any federal, state, or local fair employment practice law, the Fair Labor Standards Act, and any other federal, state or local wage payment statute. Named Plaintiff shall execute a separate release in the form attached hereto as Attachment D.

6. The parties hereto represent and acknowledge that in executing this Agreement they do not rely and have not relied upon any representation or statement made by any of the parties or by any of the parties' agents, attorneys, or representatives with regard to the subject matter, basis, or effect of this Agreement, and that the Agreement shall be binding upon the parties hereto and upon their heirs, administrators, representatives, executors, successors, and assigns, and shall inure to the benefit of said parties and each of them and to their heirs, administrators, representatives, executors, successors, and assigns.

7. The parties acknowledge and agree that the payments made hereunder are or may be deemed taxable under federal and/or state law. Plaintiffs acknowledge and agree that Defendants and their attorneys have made no representations to Plaintiffs regarding the tax consequences of any amounts received by them pursuant to this Agreement, and Plaintiffs represent that they are not relying upon Defendants or their attorneys in any way regarding the tax consequences of entering into this Agreement.

In the event any federal, state or local taxing authority challenges the tax treatment of the payment arrangements set forth in this Agreement, Plaintiffs shall give Defendants written notice within five (5) days of Plaintiffs' receipt of notice of challenge, and shall provide Defendants a copy of any written indication from any local, state or federal agency that the tax consequences of this Agreement are being challenged. Plaintiffs shall be solely responsible for payment of all of their personal and/or corporate tax liabilities due on the total amount paid by Defendants under this Agreement, including federal, state and local taxes, interest and penalties, which are or may become due. Plaintiffs agree to indemnify, defend, and hold harmless Defendants and/or the Released Parties from any claims, demands, deficiencies, assessments, executions, judgments, or recoveries by any governmental entity against Defendants and/or the Released Parties for any amounts claimed due with respect to the payment referenced above in paragraph 3 or pursuant to claims made under any federal or state tax laws, and any costs, expenses or damages sustained by Defendants and/or the Released Parties, or any of them, as a result of the payments referenced above in paragraph 3, including attorneys' fees, if any, in the event Defendants, the Released Parties, or any of them individually, are required to take any other action to enforce this paragraph.

8. Should any provision of this Agreement be declared or be determined by any court of competent jurisdiction to be wholly or partially illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms, or provisions shall not be affected thereby, and said illegal, unenforceable, or invalid part, term, or provision shall be deemed not to be a part of this Agreement.

9. Plaintiffs have been represented by the law firms of Gillespie, Rozen, Watsky & Jones PC and Bruckner Burch PLLC ("Plaintiffs' Counsel") in the Lawsuit. Plaintiffs' Counsel acknowledge and agree that all claims for attorneys' fees, costs or other recoverable expenses that may be asserted individually and independently against the Defendants and the Released Parties in the Lawsuit are satisfied fully by the consideration provided for in the Settlement Agreement, and do hereby release any claims against Defendants and the Released Parties for all such fees, costs or other matters related to the pursuit of Plaintiffs' claims. Plaintiffs and Plaintiffs' Counsel represent that to their knowledge, there are no known unsatisfied attorneys' fees liens, referral fees or assignments., and that Plaintiffs will indemnify and hold the Defendants and Released Parties harmless for any and all claims for legal fees, expenses or costs that they incurred on behalf of Plaintiffs in pursuing the claims asserted in the Lawsuit or released in this Agreement.

10. Plaintiffs have consulted with their attorneys prior to the execution of this Release and Settlement Agreement and sign it voluntarily on their own independent judgment without any representation from Defendants and the Released Parties. Having elected to execute this Agreement and to fulfill the promises set forth herein and to receive the sums and benefits in paragraph 3 above, Plaintiffs freely and knowingly, and after due consideration, enter into this Agreement intending to waive, settle, and release all claims Plaintiffs have or might have against Defendants and the Released Parties.

11. All notices, requests, demands and other communications under the Agreement shall be in writing and delivered in person or sent by certified mail, postage prepaid, and shall additionally be sent via facsimile, and properly addressed as follows:

>To Named Plaintiff:   June Belt
>2344 VZ County Road 4823
>Chandler, Texas 75758
>
>With an additional copy by facsimile to:
>
>>James A. Jones
>>Gillespie, Rozen, Watsky & Jones PC
>>3402 Oak Grove Ave., Suite 200
>>Dallas, Texas 75204
>>Fax: (214) 720-2291
>
>To Defendants:   Craig Wilson
>EmCare, Inc.
>1717 Main Street, Ste. 5200
>Dallas, Texas 75201
>Fax: (214) 712-2777
>
>With an additional copy by facsimile to:
>
>>Ann Marie Painter
>>Baker & McKenzie LLP
>>2001 Ross Ave., Suite 2300
>>Dallas, Texas 75201
>>Fax: (214) 978-3099

The Parties agree that the above contact information shall remain effective until such time as a notice of any change thereto has been provided as required herein.

12. The waiver by any party hereto of a breach of any provision of this Agreement shall not operate or be construed as a waiver of any subsequent breach by any party, nor shall any such waiver operate or be construed as a rescission of this Agreement.

13. This Agreement sets forth the entire agreement between the parties hereto and fully supersedes any and all prior agreements or understandings, written or oral, between the parties hereto pertaining to the subject matter hereof.

14. This Agreement shall be interpreted in accordance with the plain meaning of its terms and not strictly for or against any of the parties hereto. This Agreement shall be governed by, and construed and interpreted in accordance with, the laws of the State of Texas without regard to principles of conflict of laws.

Dated: 1/10/07

_____
Jamie Belt

Dated: 1/11/07

EmCare, Inc.

By: _____

Print Name: Todd Zimmerman

Dated: _____

Texas EM-I Medical Services, P.A.

By: _____

Print Name: Craig A. Wilson
Attorney in Fact

DALDMS/597785.1

-9-

## **Attachment A -- Plaintiff and Opt-Ins**

|    | Last Name      | First Name     |
|----|----------------|----------------|
| 1  | Ahmadazai      | Arian          |
| 2  | Alexander      | Gary           |
| 3  | Ambrosia       | Victor         |
| 4  | Ams            | Margaret       |
| 5  | Ankersheil     | Charlotte      |
| 6  | Appel          | John           |
| 7  | Austermehle    | Paul           |
| 8  | Bailey-Stultz  | Marolda        |
| 9  | Belt           | June           |
| 10 | Berg           | Patricia       |
| 11 | Bledsoe        | James          |
| 12 | Brazeau        | Leo            |
| 13 | Brown          | Lee            |
| 14 | Caldwell       | Benjamin       |
| 15 | Carroll        | Thomas Edward  |
| 16 | Christian      | Donald         |
| 17 | Collodi        | Sally          |
| 18 | Copley         | Walter         |
| 19 | Crawford       | Angela         |
| 20 | Cunat          | Lisa           |
| 21 | Derryberry     | Haskell        |
| 22 | Dillingham     | Mark           |
| 23 | Faber          | Timothy        |
| 24 | Faulkner       | Linda          |
| 25 | Freeman        | Scott          |
| 26 | Gonter         | Shawn          |
| 27 | Gosnell        | Dana           |
| 28 | Grinde         | Kathy          |
| 29 | Haddad         | Vincent        |
| 30 | Harris         | Brian          |
| 31 | Haws           | Steven         |
| 32 | Hayes          | Robert         |
| 33 | Hearn          | Christine      |
| 34 | Henry          | Jason          |
| 35 | Hill           | Beverly        |
| 36 | Hughes         | Richard        |
| 37 | Janes          | Laura          |
| 38 | Jones          | David          |
| 39 | Keldahl        | William        |
| 40 | Krider         | Wayne          |
| 41 | Kramer         | Angela         |
| 42 | Laugherty      | Robert         |
| 43 | Madrigal       | Victor         |
| 44 | Maiocco        | Paul           |

## **Attachment A --**
## **Plaintiff and Opt-Ins**

| | | |
|---|---|---|
| 45 | McCarty | Rene |
| 46 | McCutcheon | Mary Ellen |
| 47 | McMillan | Sally |
| 48 | McNicholas-Hendrix | Colleen |
| 49 | Migdon | Steven |
| 50 | Miles | Christopher |
| 51 | Miller | David |
| 52 | Moody | Nancy |
| 53 | Moores | Kelly |
| 54 | Moreno | Bridget |
| 55 | Morgan | Edwin |
| 56 | Morgan | Nancy |
| 57 | Mounce | Kevin |
| 58 | Mounts | Wayne |
| 59 | Moylan | Lucille |
| 60 | Nanney | Joseph |
| 61 | Naquin | Robert |
| 62 | Nichols | Deborah |
| 63 | Niven | Marsha |
| 64 | Noon | Alan |
| 65 | O'Brien | Patricia |
| 66 | Oenick | Paul |
| 67 | Pabody | Glenn |
| 68 | Piskorowski | Vanessa |
| 69 | Ptak | Rachel |
| 70 | Pysell | Timothy Allen |
| 71 | Roshelli | Marcy |
| 72 | Rowe | John |
| 73 | Russo | David |
| 74 | Sady | Brian |
| 75 | Sangiorgi | Susan |
| 76 | Senisch | Michael |
| 77 | Shiffert | Kent |
| 78 | Smith | Daniel |
| 79 | Smith | Jami |
| 80 | Smith | Janese |
| 81 | Speers | Ingrid |
| 82 | Splatt | Herman |
| 83 | Stallings | Mary |
| 84 | Stauter | Thomas |
| 85 | Summers | Thomas |
| 86 | Sutherland | Mark |
| 87 | Taggart | Pamela |
| 88 | Tapia | Vincent |
| 89 | Taylor-Thompson | Susan |
| 90 | Thierry | Mary |

## Attachment A --
## Plaintiff and Opt-Ins

| 91 | Torregosa | Marivic |
| 92 | Watters | Jana |
| 93 | Weagar | James |
| 94 | Yager | Donald Howard |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JUNE BELT, on behalf of herself and on behalf of all others similarly situated, | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:03-CV-73 |
| (1) EmCare, Inc., and (2) Texas EM-I Medical Services, P.A., | § § § § | JUDGE DAVIS |
| Defendants. | § § § § | (Wage & Hour) (Collective Action) |

**JOINT MOTION TO DISMISS**

Plaintiffs and Opt-Ins and Defendants, appearing through counsel of record, pursuant to the *Settlement Agreement and Release* entered between them (a copy of which is attached hereto and incorporated herein), hereby file this *Joint Motion to Dismiss* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims in the above-numbered cause, with costs to be born by the party incurring same.

The claims in the above-referenced matter have been resolved between the parties pursuant to the terms of the *Settlement Agreement and Release*. Accordingly, the parties desire that the Court dismiss all claims of all of the persons listed below with prejudice to the refiling of same. These persons are entitled to payment of sums in excess of 75% of all calculated overtime due, plus liquidated damages, for a full three year statute of limitations period pursuant to the terms of the *Settlement Agreement and Release*, checks for which will be hand-delivered to Plaintiffs' counsel no later than fifteen (15) calendar days following the Court signs the Order dismissing the claims of the Plaintiffs in this

**Attachment B**

- 2 -

Litigation and mailed to Plaintiffs no later than five (5) business days following Plaintiffs' counsel's receipt of the checks:

| Last Name | First Name | Last Name | First Name |
|---|---|---|---|
| Alexander | Gary | Maiocco | Paul |
| Ambrosia | Victor | McCarty | Rene |
| Ams | Margaret | McCutcheon | Mary Ellen |
| Ankersheil | Charlotte | McMillan | Sally |
| Appel | John | McNicholas-Hendrix | Colleen |
| Austermehle | Paul | Miles | Christopher |
| Bailey-Stultz | Marolda | Miller | David |
| Belt | June | Moody | Nancy |
| Berg | Patricia | Moores | Kelly |
| Bledsoe | James | Moreno | Bridget |
| Brazeau | Leo | Morgan | Nancy |
| Carroll | Thomas Edward | Mounce | Kevin |
| Christian | Donald | Mounts | Wayne |
| Collodi | Sally | Moylan | Lucille |
| Copley | Walter | Nanney | Joseph |
| Crawford | Angela | Naquin | Robert |
| Cunat | Lisa | Nichols | Deborah |
| Derryberry | Haskell | Niven | Marsha |
| Dillingham | Mark | O'Brien | Patricia |
| Faber | Timothy | Piskorowski | Vanessa |
| Faulkner | Linda | Rowe | John |
| Freeman | Scott | Russo | David |
| Gonter | Shawn | Sady | Brian |
| Gosnell | Dana | Sangiorgi | Susan |
| Grinde | Kathy | Shiffert | Kent |
| Haddad | Vincent | Smith | Daniel |
| Harris | Brian | Smith | Jami |
| Haws | Steven | Smith | Janese |
| Hearn | Christine | Speers | Ingrid |
| Henry | Jason | Splatt | Herman |
| Hughes | Richard | Stallings | Mary |
| Janes | Laura | Stauter | Thomas |
| Jones | David | Taggart | Pamela |
| Keldahl | William | Thierry | Mary |
| Krider | Wayne | Torregosa | Marivic |
| Laugherty | Robert | Watters | Jana |
| Madrigal | Victor | Weagar | James |

The parties further desire that the Court dismiss all claims of all of the persons listed below with prejudice to the refiling of same. The records of Defendants indicate that these persons worked no overtime for which they were not properly paid within the appropriate Statute of Limitations; nor did these persons self-report unpaid overtime for the relevant time period to Plaintiffs' counsel:

| Last Name | First Name | | Last Name | First Name |
|---|---|---|---|---|
| Ahmadazai | Arian | | Pabody | Glenn |
| Ams | Margaret | | Ptak | Rachel |
| Brown | Lee | | Pysell | Timothy Allen |
| Caldwell | Benjamin | | Roshelli | Marcy |
| Hayes | Robert | | Senisch | Michael |
| Hill | Beverly | | Summers | Thomas |
| Kramer | Angela | | Sutherland | Mark |
| Migdon | Steven | | Tapia | Vincent |
| Morgan | Edwin | | Taylor-Thompson | Susan |
| Noon | Alan | | Yager | Donald Howard |
| Oenick | Paul | | | |

Dated: January ___, 2007

**GILLESPIE, ROZEN, WATSKY, MOTLEY & JONES, P.C.**
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Telephone.: (214) 720-2009
Telecopier: (214) 720-2291

By: /s/ James A. Jones
 James A. Jones
 State Bar No. 10908300

Richard J. (Rex) Burch
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
1000 Louisiana, Suite 1300
Houston, Texas 77002
Telephone: (713) 877-8788
Telecopier: (713) 877-8065

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

**BAKER & MCKENZIE, L.L.P.**

2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Phone: (214) 978-3000
Fax: (214) 978-3099

By: /s/ Ann Marie Painter
 Ronald E. Manthey
 State Bar No. 12927400
 Ann Marie Painter
 State Bar No. 00784715

**ATTORNEYS FOR DEFENDANTS**

**Attachment C --**
**Settlement Distributions**

| Opt-In | Settlement Amount |
|---|---:|
| **Alexander, Gary** | $1,126.82 |
| **Ambrosia, Victor (IL)** | $15,775.55 |
| **Ankersheil, Charlotte S.** | $30,499.39 |
| **Appel, John** | $42,255.92 |
| **Austermehle, Paul** | $2,554.14 |
| **Bailey, Stultz, Marolda** | $16,226.27 |
| **Berg, Patricia** | $13,296.53 |
| **Bledsoe, James** | $23,287.71 |
| **Brazeau, Leo** | $50,707.11 |
| **Carroll, Thomas Edward** | $18,780.41 |
| **Christian, Donald** | $16,338.96 |
| **Collodi, Sally J.** | $1,878.04 |
| **Copley, Walter J.** | $23,400.39 |
| **Crawford, Angela M.** | $26,442.82 |
| **Cunat, Lisa M.** | $12,770.68 |
| **Derryberry, Haskell R.** | $26,078.48 |
| **Dillingham, Mark Lewis** | $15,775.55 |
| **Faber, Timothy M.** | $2,629.26 |
| **Faulkner, Linda** | $6,272.66 |
| **Freeman, Scott** | $30,048.66 |
| **Gonter, M. Shawn** | $1,727.80 |
| **Gosnell, Dana** | $47,326.64 |
| **Grinde, Kathy A.** | $2,328.77 |
| **Haddad, Vincent Todd** | $27,870.13 |
| **Harris, Brian** | $17,878.95 |
| **Haws, Steven W.** | $1,878.04 |
| **Hearn, Christine** | $1,893.07 |
| **Henry, Jason J.** | $7,887.77 |
| **Hughes, Richard E.** | $5,821.93 |
| **Janes, Laura** | $1,160.63 |
| **Jones, David** | $65,731.44 |
| **Keldahl, William J.** | $19,531.63 |
| **Krider, Wayne** | $4,882.91 |
| **Laugherty, Robert I.** | $14,460.92 |
| **Madrigal, Victor** | $8,338.50 |
| **Maiocco, Paul F. (WA)** | $2,178.53 |
| **McCarty, Rene** | $1,502.43 |
| **McCutcheon, Mary Ellen** | $1,562.53 |
| **McMillan, Sally S.** | $16,451.64 |
| **McNicholas-Hendrix, Colleen** | $16,789.69 |
| **Miles, Christopher A.** | $7,136.56 |
| **Miller, David** | $1,201.95 |
| **Moody, Nancy** | $3,004.87 |
| **Moores, Kelly L.** | $9,840.94 |
| **Moreno, Bridget** | $24,977.95 |
| **Morgan, Nancy** | $2,312.24 |
| **Mounce, Kevin G.** | $34,364.40 |
| **Mounts, Wayne** | $1,765.36 |

## Attachment C -- 
## Settlement Distributions

| Opt-In | Settlement Amount |
|---|---|
| **Moylan, Lucille (IL)** | $21,184.30 |
| **Nanney, Joseph C.** | $7,211.68 |
| **Naquin, Robert J.** | $4,807.79 |
| **Nichols, Deborah (AZ)** | $15,775.55 |
| **Niven, Marsha** | $5,634.12 |
| **O'Brien, Patricia** | $7,136.56 |
| **Olivella, Harry** | $29,485.25 |
| **Piskorowski, Vanessa** | $17,353.10 |
| **Rowe, John D.** | $1,615.12 |
| **Russo, David P.** | $47,401.76 |
| **Sady, Brian** | $4,432.18 |
| **Sangiorgi, Susan L.** | $4,432.18 |
| **Shiffert, Kent A.** | $5,408.76 |
| **Smith, Daniel** | $5,258.52 |
| **Smith, Jami S.** | $2,253.65 |
| **Smith, Janese** | $2,253.65 |
| **Speers, Ingrid** | $3,004.87 |
| **Splatt, Herman** | $42,819.34 |
| **Stallings, Mary W.** | $1,878.04 |
| **Stauter, Thomas** | $15,399.94 |
| **Taggart, Pamela** | $4,131.69 |
| **Thierry, Mary** | $1,727.80 |
| **Torregosa, Marivic** | $1,878.04 |
| **Watters, Jana** | $7,136.56 |
| **Weagar, James** | $6,084.85 |
| **Belt, June** | $56,341.23 |
| | |
| **TOTAL** | $1,050,000.00 |